UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALVIN ROACH and KARRIE SMITH, ) <br> individually and as guardian and ) <br> next of kin of ETHAN ROACH, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> GRACO CHILDREN'S PRODUCTS INC. ) <br> d/b/a GRACO and/or GRACO/BETA, ) <br> NEWELL RUBBERMAID INC., and ) <br> RUBBERMAID INC., ) <br> ) <br> *Defendants*. ) | No. 1:09-cv-80 <br> *Lee* |

## JUDGMENT

This case came before the Court on the parties' joint motion to approve a minor settlement agreement [Doc. 35]. The Honorable Susan K. Lee, United States Magistrate Judge, having rendered a decision on the motion,

It is **ORDERED and ADJUDGED**

(1) that the minor settlement agreement is **APPROVED**, (2) that this action is **DISMISSED WITH PREJUDICE**, and (3) that each party shall bear its own costs and attorney's fees.

                                             */s/ Patricia L. McNutt*
                                             PATRICIA L. McNUTT
                                             CLERK OF COURT